CLAUDE L. RIVENBURGH, Respondent, Appellant, v. THE HOGE MANUFACTURING COMPANY, INC., Appellant, Respondent.— Order unanimously affirmed, without

costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.